IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| ARTHUR ANDERSON and DARLENE ANDERSON | ) ) | Case No. 04 B 16094 |
| | ) | Hon. John Schwartz |
| Debtors. | ) | |

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At: **U.S. BANKRUPTCY COURT, 219 S. DEARBORN ST. COURTROOM 719 CHICAGO, IL. 60604**

   On: **SEPTEMBER 27, 2007**                                Time: **10:00 A.M.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   | | |
   |---|---|
   | Receipts | $ 35,165.97 |
   | Disbursements | $ 23,574.84 |
   | Net Cash Available for Distribution | $ 11,591.13 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

   | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
   |---|---|---|---|
   | David R. Herzog, Trustee in Bankruptcy | 0 | $ 3,516.60 | $ 0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

   | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
   |---|---|---|---|

   N/A

6. No priority claims have been filed in this estate.

7. Claims of general unsecured creditors totaling $25,018.82 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be .32273824265%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 8 | eCast Settlement Corp | $ 5,712.75 | $ 1,843.72 |
| 9 | eCast Settlement Corp | $ 377.52 | $ 121.85 |
| 10 | eCast Settlement Corp | $ 4,289.14 | $ 1,384.23 |
| 11 | eCast Settlement Corp | $ 10,514.74 | $ 3,393.51 |
| 5 | Monogram Credit Card | $ 376.14 | $ 121.39 |
| 6 | Monogram Credit Card | $ 1,187.72 | $ 383.32 |
| 7 | Monogram Credit Card | $ 170.17 | $ 54.93 |
| 1 | World Financial Network | $ 1,028.38 | $ 331.90 |
| 2 | World Financial Network | $ 983.61 | $ 317.45 |
| 3 | World Financial Network | $ 271.14 | $ 87.52 |
| 4 | World Financial Network | $ 107.51 | $ 34.71 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. The Trustee proposes to abandon the following property at the hearing: N/A.

Dated: **AUGUST 14, 2007**                                            For the Court,

By: **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 So. Dearborn Street; 7th Floor
Chicago, IL 60604

Trustee:     David R. Herzog
Address:     77 West Washington, Suite 1717
             Chicago, Illinois 60602
Phone No.:   (312) 977-1600