IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| ARTHUR ANDERSON and DARLENE ANDERSON | ) ) | Case No. 04 B 16094 |
| | ) | Hon. John Schwartz |
| Debtors. | ) | |

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At: **U.S. BANKRUPTCY COURT, 219 S. DEARBORN ST. COURTROOM 719  CHICAGO, IL. 60604**

   On: **SEPTEMBER 27, 2007**                              Time: **10:00 A.M.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   | | |
   |---|---|
   | Receipts | $ 35,165.97 |
   | Disbursements | $ 23,574.84 |
   | Net Cash Available for Distribution | $ 11,591.13 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

   | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
   |---|---|---|---|
   | David R. Herzog, Trustee in Bankruptcy | 0 | $ 3,516.60 | $ 0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

   | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
   |---|---|---|---|

   N/A

6. No priority claims have been filed in this estate.

7. Claims of general unsecured creditors totaling $25,018.82 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be .32273824265%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
| --- | --- | --- | --- |
| 8 | eCast Settlement Corp | $ 5,712.75 | $ 1,843.72 |
| 9 | eCast Settlement Corp | $ 377.52 | $ 121.85 |
| 10 | eCast Settlement Corp | $ 4,289.14 | $ 1,384.23 |
| 11 | eCast Settlement Corp | $ 10,514.74 | $ 3,393.51 |
| 5 | Monogram Credit Card | $ 376.14 | $ 121.39 |
| 6 | Monogram Credit Card | $ 1,187.72 | $ 383.32 |
| 7 | Monogram Credit Card | $ 170.17 | $ 54.93 |
| 1 | World Financial Network | $ 1,028.38 | $ 331.90 |
| 2 | World Financial Network | $ 983.61 | $ 317.45 |
| 3 | World Financial Network | $ 271.14 | $ 87.52 |
| 4 | World Financial Network | $ 107.51 | $ 34.71 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. The Trustee proposes to abandon the following property at the hearing: N/A.

Dated: **AUGUST 14, 2007**                                                                                              For the Court,

By: **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 So. Dearborn Street; 7th Floor
Chicago, IL 60604

Trustee:     David R. Herzog
Address:    77 West Washington, Suite 1717
            Chicago, Illinois 60602
Phone No.:  (312) 977-1600

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

6094   Doc 41   Filed 08/14/07   Entered 08/17/07 00:27:55   Desc Imaged
Certificate of Service   Page 3 of 4

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: sward              Page 1 of 2              Date Rcvd: Aug 14, 2007
Case: 04-16094                Form ID: pdf002         Total Served: 37


The following entities were served by first class mail on Aug 16, 2007.
db           +Arthur Anderson,    10759 S. Champlain,    Chicago, IL 60628-3807
jdb          +Darlene Anderson,    10759 S. Champlain,    Chicago, IL 60628-3807
aty          +Melvin J Kaplan,    Melvin J  Kaplan & Associates,    14 E Jackson Blvd Suite 1200,
               Chicago, IL 60604-2233
aty          +Steven C Lindberg,    Freedman Anselmo Lindberg and Rappe,    1807 W Diehl Road,   Suite 333,
               Naperville, IL 60563-1890
tr           +David R Herzog,    Herzog & Schwartz PC,    77 W Washington Suite 1717,   Chicago, IL 60602-3943
8025917      +Aronson Furniture,    3401 W. 47th Street,    Chicago, IL 60632-2997
8025918       Brylane Home,    P.O. Box 659728,    San Antonio, TX 78265-9728
8025919      +Capital One,    P.O. Box 25131,    Richmond, VA 23276-0001
8025920       Citi Financial,    9528 S. Cicero Avenue,    Oak Lawn, IL 60453-3101
8169134      +City of Chicago Dept of Water,    POB 6330,    Chicago, IL 60680-6330
8169132      +Commonweath Edison & Co,    System Credit/Bankruptcy Dept,    2100 Swift Drive,
               Oak Brook, IL 60523-1559
8025921      +Household,    P.O. Box 17051,    Baltimore, MD 21297-1051
8025922      +Household Mortgage,    P.O. Box 2393,    Brandon, FL 33509-2393
8105718      +I C System Inc,    Rep: Providian Mastercard,    444 Highway 96 E,    PO Box 64437,
               Saint Paul MN 55164-0437
8025923      +I.C. System Inc.,    444 Highway 96 E,    P.O. Box 64437,    Saint Paul, MN 55164-0437
8025924       J.C. Penney,    P.O. Box 530945,    Atlanta, GA 30353-0945
8025925      +Lane Bryant,    P.O. Box 182121,    Columbus, OH 43218-2121
8959257      +Monogram Credit Card Bank of Georgia,    dba WAL-MART,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, Florida 33131-1605
8959258      +Monogram Credit Card Bank of Georgia,    dba JCPENNEY,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, Florida 33131-1605
8959259      +Monogram Credit Card Bank of Georgia,    dba SAM’S CLUB,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, Florida 33131-1605
8105717      +NCO Finance System Inc,    Rep: Capital One,    507 Prudential Rd,    Horsham PA 19044-2308
8025927      +NCO Finance System, Inc.,    507 Prudential Rd.,    Horsham, PA 19044-2368
8025926       National City Bank,    P.O. Box 856153,    Louisville, KY 40285-6153
8169133      +Peoples Gas,    The Prudential Bldg,    Attn Special Projects,    130 E Randolph Dr,
               Chicago, IL 60601-6207
8025928      +Providian,    P.O. Box 600433,    Dallas, TX 75360-0433
8025929       Providian Mastercard,    P.O. Box 660490,    Dallas, TX 75266-0490
8025930      +Roaman’s,    P.O. Box 659562,    San Antonio, TX 78265-9562
8025931      +Sam’s Club,    P.O. Box 530993,    Atlanta, GA 30353-0993
8025932       Spirit Bank,    P.O. Box 54880,    Oklahoma City, OK 73154
8025933       Walmart,    P.O. Box 960023,    Orlando, FL 32896-0023
8908421      +World Financial Network National Bank,    Ashley Stewart,    c/o Weinstein & Riley, P.S.,
               2101 4th Avenue, Suite 900,    Seattle, WA 98121-2339
8908416      +World Financial Network National Bank,    Roaman’s,    c/o Weinstein & Riley, P.S.,
               2101 4th Avenue, Suite 900,    Seattle, WA 98121-2339
8908419      +World Financial Network National Bank,    Brylane Homes,    c/o Weinstein & Riley, P.S.,
               2101 4th Avenue, Suite 900,    Seattle, WA 98121-2339
8908415      +World Financial Network National Bank,    Lane Bryant Mail Order,    c/o Weinstein & Riley, P.S.,
               2101 4th Avenue, Suite 900,    Seattle, WA 98121-2339
9059333       eCAST Settlement Corporation, assignee of,    Household Bank and its Assigns,    P.O. Box 35480,
               Newark, NJ  07193-5480
9059330       eCAST Settlement Corporation, assignee of,    Providian National Bank,    P.O. Box 35480,
               Newark, NJ  07193-5480

The following entities were served by electronic transmission on Aug 15, 2007.
9088957      +E-mail/PDF: bncnotices@nationalcity.com Aug 15 2007 03:00:20
               National City Bank of Michigan/Illinois,    PO Box 94982 01-7114,    Cleveland, OH 44101-4982
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
sp            David M Baum
                                                                                               TOTALS: 1, * 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1           User: sward              Page 2 of 2              Date Rcvd: Aug 14, 2007
Case: 04-16094                 Form ID: pdf002          Total Served: 37

            ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 16, 2007**                    **Signature:**    _Joseph Speetjens_