IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| ARTHUR ANDERSON and DARLENE ANDERSON | ) | Case No. 04 B 16094 |
| | ) | |
| | ) | Hon. John Schwartz |
| Debtors. | ) | |

## TRUSTEE'S FINAL ACCOUNT AND APPLICATION TO CLOSE CASE AND DISCHARGE THE TRUSTEE

TO:   THE HONORABLE JOHN SCHWARTZ
      BANKRUPTCY JUDGE

    Final distribution of all monies has been made in accordance with the Order Awarding Compensation, a copy of which are attached hereto as Exhibit "A".

    All checks have been cashed. Evidence of cancelled checks since the filing of the Trustee's Final Report is set forth on the Form 2 Report attached hereto as Exhibit B. Form 2 also reflects a net total balance of zero for this estate.

    The Trustee certifies that the estate has been fully administered, and requests that he be discharged and the case closed pursuant to 11 U.S.C. §350.

1-29-09
DATE

_____
TRUSTEE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| ARTHUR ANDERSON and DARLENE ANDERSON | ) ) | Case No. 04 B 16094 |
| | ) | Hon. John Schwartz |
| Debtors. | ) | |

ORDER AWARDING TRUSTEE'S
COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's Final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are as follows;

1. Trustee's compensation         $    3,516.60
2. Trustee's expenses             $        0.00

                    TOTAL         $    3,516.60

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this  27 SEP 2007

ENTERED:

_____
UNITED STATES BANKRUPTCY JUDGE

Case 04-16094    Doc 54    Filed 03/27/09    Entered 03/27/09 10:34:55    Desc Main
Document      Page 3 of 7

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 04-16094 JDS |
|---|---|
| Case Name: | ANDERSON, ARTHUR |
| | ANDERSON, DARLENE |
| Taxpayer ID #: | 13-7441159 |
| Period Ending: | 12/31/08 |

| Trustee: | DAVID HERZOG (330520) |
|---|---|
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****27-65 - Money Market Account |
| Blanket Bond: | $5,000,000.00 (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 02/03/05 | | Reibman, Hoffman & Baum | Settlement proceeds of personal injury action | 1249-000 | 18,953.63 | | 18,953.63 |
| | {9} | State Farm Insurance | | 1249-000 | 35,000.00 | | 18,953.63 |
| | {9} | David Baum | Payment of Attorney's Fee per Order 9/19/06 | 1249-000 | -11,666.66 | | 18,953.63 |
| | {9} | David Baum | Payment of Attorney Expenses per Order 9/19/06 | 1249-000 | -4,379.71 | | 18,953.63 |
| 02/15/05 | 1001 | Darlene Anderson | Personal Injury Exemption | 8100-002 | | 7,500.00 | 11,453.63 |
| 02/28/05 | Int | JPMORGAN CHASE BANK | Interest posting at 0.3500% | 1270-000 | 2.84 | | 11,456.47 |
| 03/31/05 | Int | JPMORGAN CHASE BANK | Interest posting at 0.3500% | 1270-000 | 3.41 | | 11,459.88 |
| 04/05/05 | | CHASE | Federal Withholding | 2810-000 | | 1.75 | 11,458.13 |
| 04/29/05 | Int | JPMORGAN CHASE BANK | Interest posting at 0.3500% | 1270-000 | 3.30 | | 11,461.43 |
| 04/30/05 | | CHASE | Federal Withholding | 2810-000 | | 0.92 | 11,460.51 |
| 05/31/05 | Int | JPMORGAN CHASE BANK | Interest posting at 0.3500% | 1270-000 | 3.41 | | 11,463.92 |
| 05/31/05 | | CHASE | Federal Withholding | 2810-000 | | 0.95 | 11,462.97 |
| 06/30/05 | Int | JPMORGAN CHASE BANK | Interest posting at 0.4000% | 1270-000 | 3.66 | | 11,466.63 |
| 06/30/05 | | CHASE | Federal Withholding | 2810-000 | | 1.02 | 11,465.61 |
| 07/29/05 | Int | JPMORGAN CHASE BANK | Interest posting at 0.4500% | 1270-000 | 3.97 | | 11,469.58 |
| 07/31/05 | | CHASE | Federal Withholding | 2810-000 | | 1.11 | 11,468.47 |
| 08/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 4.38 | | 11,472.85 |
| 08/31/05 | | CHASE | Federal Withholding | 2810-000 | | 1.23 | 11,471.62 |
| 09/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5000% | 1270-000 | 4.51 | | 11,476.13 |
| 09/30/05 | | CHASE | Federal Withholding | 2810-000 | | 1.26 | 11,474.87 |
| 10/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 4.98 | | 11,479.85 |

| | Subtotals : | $18,988.09 | $7,508.24 |
|---|---|---|---|

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 04-16094 JDS | Trustee: | DAVID HERZOG (330520) |
|---|---|---|---|
| Case Name: | ANDERSON, ARTHUR | Bank Name: | JPMORGAN CHASE BANK, N.A. |
|  | ANDERSON, DARLENE | Account: | ***-*****27-65 - Money Market Account |
| Taxpayer ID #: | 13-7441159 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 12/31/08 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 10/31/05 |  | CHASE | Federal Withholding | 2810-000 |  | 1.39 | 11,478.46 |
| 11/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 5.19 |  | 11,483.65 |
| 12/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.74 |  | 11,489.39 |
| 01/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.47 |  | 11,495.86 |
| 02/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 6.17 |  | 11,502.03 |
| 03/01/06 | 1002 | INTERNATIONAL SURETIES | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/01/2006 FOR CASE #04-16094 | 2300-000 |  | 8.97 | 11,493.06 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 6.84 |  | 11,499.90 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 7.28 |  | 11,507.18 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 7.82 |  | 11,515.00 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 7.57 |  | 11,522.57 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 7.83 |  | 11,530.40 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 7.84 |  | 11,538.24 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 7.33 |  | 11,545.57 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 8.09 |  | 11,553.66 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 7.59 |  | 11,561.25 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 7.34 |  | 11,568.59 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 7.71 |  | 11,576.30 |
| 02/22/07 | 1003 | International Sureties | PRO-RATA BOND PREMIUM PAYMENT | 2300-000 |  | 9.87 | 11,566.43 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.76 |  | 11,572.19 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.17 |  | 11,578.36 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.38 |  | 11,584.74 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.39 |  | 11,591.13 |

Subtotals : $131.51 $20.23

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 04-16094 JDS | Trustee: | DAVID HERZOG (330520) |
|---|---|---|---|
| Case Name: | ANDERSON, ARTHUR | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | ANDERSON, DARLENE | Account: | ***-*****27-65 - Money Market Account |
| Taxpayer ID #: | 13-7441159 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 12/31/08 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.98 | | 11,597.11 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.60 | | 11,603.71 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.40 | | 11,610.11 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.78 | | 11,615.89 |
| 10/01/07 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.6500% | 1270-000 | 0.41 | | 11,616.30 |
| 10/01/07 | | To Account #*********2766 | | 9999-000 | | 11,616.30 | 0.00 |
| | | | ACCOUNT TOTALS | | 19,144.77 | 19,144.77 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 11,616.30 | |
| | | | Subtotal | | 19,144.77 | 7,528.47 | |
| | | | Less: Payments to Debtors | | | 7,500.00 | |
| | | | NET Receipts / Disbursements | | $19,144.77 | $28.47 | |

{} Asset reference(s)

Printed: 01/29/2009 09:30 AM V.10.54

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 04-16094 JDS
**Case Name:** ANDERSON, ARTHUR
ANDERSON, DARLENE
**Taxpayer ID #:** 13-7441159
**Period Ending:** 12/31/08

**Trustee:** DAVID HERZOG (330520)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** \*\*\*-\*\*\*\*\*27-66 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/01/07 | | From Account #\*\*\*\*\*\*\*2765 | Final Distribution | 9999-000 | 11,616.30 | | 11,616.30 |
| 10/04/07 | 101 | David R. Herzog | Final Distribution | 2100-000 | | 3,516.60 | 8,099.70 |
| 10/04/07 | 102 | eCast Settlement Corp | Final Distribution Claim #8 | 7100-000 | | 1,849.47 | 6,250.23 |
| 10/04/07 | 103 | eCast Settlement Corp | Final Distribution Claim #9 | 7100-000 | | 122.22 | 6,128.01 |
| 10/04/07 | 104 | eCast Settlement Corp | Final Distribution Claim #10 | 7100-000 | | 1,388.58 | 4,739.43 |
| 10/04/07 | 105 | eCast Settlement Corp. | Final Distribution Claim #11 | 7100-000 | | 3,404.09 | 1,335.34 |
| 10/04/07 | 106 | Monogram Credit Card | Final Distribution Claim #5 | 7100-000 | | 121.77 | 1,213.57 |
| 10/04/07 | 107 | Monogram Credit Card | Final Distribution Claim #6 | 7100-000 | | 384.52 | 829.05 |
| 10/04/07 | 108 | Monogram Credit Card | Final Distribution Claim #7 | 7100-000 | | 55.09 | 773.96 |
| 10/04/07 | 109 | World Finnancial Network | Final Distribution Claim #1 | 7100-000 | | 332.93 | 441.03 |
| 10/04/07 | 110 | World Finnancial Network | Final Distribution Claim #2 | 7100-000 | | 318.44 | 122.59 |
| 10/04/07 | 111 | World Financial Network | Final Distribution Claim #3 | 7100-000 | | 87.78 | 34.81 |
| 10/04/07 | 112 | World Financial Network | Final Distribution Claim #4 | 7100-000 | | 34.81 | 0.00 |
| 09/10/08 | {10} | Becket & Lee LLP | Return of Distribution - Sent to Wrong Entity | 1290-000 | 3,404.09 | | 3,404.09 |
| 12/01/08 | 113 | National City Bank of Michigan/Illinois | Final Distribution | 7100-000 | | 3,404.09 | 0.00 |
| | | | | **Subtotals:** | **$15,020.39** | **$15,020.39** | |

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

Page: 5

| Case Number: | 04-16094 JDS | Trustee: | DAVID HERZOG (330520) |
| Case Name: | ANDERSON, ARTHUR | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | ANDERSON, DARLENE | Account: | \*\*\*-\*\*\*\*\*27-66 - Checking Account |
| Taxpayer ID #: | 13-7441159 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 12/31/08 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

| | | |
|---|---|---|
| **ACCOUNT TOTALS** | 15,020.39 | 15,020.39 | $0.00 |
| Less: Bank Transfers | 11,616.30 | 0.00 | |
| Subtotal | 3,404.09 | 15,020.39 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$3,404.09** | **$15,020.39** | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| MMA # \*\*\*-\*\*\*\*\*27-65 | 19,144.77 | 28.47 | 0.00 |
| Checking # \*\*\*-\*\*\*\*\*27-66 | 3,404.09 | 15,020.39 | 0.00 |
| | $22,548.86 | $15,048.86 | $0.00 |